ALVIN F. NIMS, Respondent, *v.* EDWIN A. MERRITT, JR., et al.,
Appellants.

*Nims* v. *Merritt,* 84 App. Div. 632, affirmed.
(Argued June 8, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 29, 1903, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*Thomas Spratt* and *Lowen E. Ginn* for appellants.

*Henry Purcell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CUL-
LEN and WERNER, JJ. Absent: HAIGHT, J.

---

WALTER L. LAMPMAN, Appellant, *v.* THE NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Respondent.

*Lampman* v. *N. Y. C. & H. R. R. R. Co.,* 72 App. Div. 363, affirmed.
(Argued June 8, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered May
14, 1902, affirming a judgment in favor of defendant entered
upon a dismissal of the complaint by the court at a Trial
Term.

*G. K. Daley* for appellant.

*Robert Wilkinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CUL-
LEN and WERNER, JJ. Absent: HAIGHT, J.